UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERGY LOUISIANA LLC | CIVIL ACTION NO. |
| VERSUS | SECTION |
| T/V LAURIE S. JOHNSTON, her engines, tackle, apparel, bunkers, etc., *in rem*; SCF WAXLER MARINE LLC; ABC PROTECTION AND INDEMNITY INSURANCE COMPANY; and XYZ HULL AND MACHINERY INSURANCE COMPANY | JUDGE MAGISTRATE JUDGE |

## COMPLAINT

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

Entergy Louisiana LLC, a Louisiana company registered to do business in Louisiana, appearing herein represents:

1.

This is a maritime claim within the maritime and admiralty jurisdiction of the United States and of this Honorable Court within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.

At all times hereinafter mentioned, defendant, SCF Waxler Marine LLC, was, and now is, a business entity organized and existing under the laws of the State of Delaware, but registered to do and doing business within the jurisdiction of this Honorable Court, and at all material times was owner and/or operator of T/V LAURIE S. JOHNSTON.

3.

At all times hereinafter mentioned, defendant, ABC protection and indemnity insurance company (who will be later identified in discovery), was, and now is, a foreign insurance company that provides insurance to the T/V LAURIE S. JOHNSTON, and/or its owners and operators.  On information and belief, ABC protection and indemnity insurance company provided insurance coverage for the vessel negligence related to the incident at issue in this action.

4.

At all times hereinafter mentioned, defendant, XYZ hull and machinery insurance company (who will be later identified in discovery), was, and now is, a foreign insurance company that provides hull and machinery insurance to the vessel T/V LAURIE S. JOHNSTON, and/or its owners and operators. On information and belief, XYZ hull and machinery insurance company provided insurance coverage for the vessel negligence that caused the damage at issue in this action.

5.

Plaintiff is entitled to assert a direct action against ABC protection and indemnity insurance company and XYZ hull and machinery insurance company pursuant to the provisions of La. R.S. 22:655.  Because the vessel and its owner and operator are liable for the damages asserted herein, the defendant insurers are liable pursuant to the terms and conditions of their respective policies, up to and including their policy limits, plus interest thereon as allowed by law.

6.

At all times hereinafter mentioned, defendant, T/V LAURIE S. JOHNSTON is a towing vessel which is now, or will be during the pendency of process herein, within this district and within the jurisdiction of this Honorable Court.

7.

On information and belief, plaintiff alleges that on March 7, 2015 an allision occurred in the Mississippi River as a result of the navigation of the T/V LAURIE S. JOHNSTON when said vessel went out of control and her barges in tow came into contact with plaintiff's water intake dolphins at the Waterford Power Plant on the Mississippi River at Killona, Louisiana, causing extensive damage to same.

8.

The allision damage resulting from this incident was not caused by or contributed to by any fault or neglect of the plaintiff, but was caused solely by the unseaworthiness of T/V LAURIE S. JOHNSTON and her barge(s) in tow, the negligent navigation of the operators aboard T/V LAURIE S. JOHNSTON; the failure of the operators aboard T/V LAURIE S. JOHNSTON to properly control the barge(s) in tow; the inability of T/V LAURIE S. JOHNSTON to maneuver to avoid the allision; defendant's failure properly to man and equip T/V LAURIE S. JOHNSTON and her barge(s) in tow; and such other causes as will be shown at trial.

9.

The negligence of the defendants and the unseaworthiness of the T/V LAURIE S. JOHNSTON and her barge(s) in tow was the sole and proximate cause of the damage to the

plaintiff's intake dolphins. Plaintiff reserves the right to amend the allegations of the complaint when all of the facts are known.

10.

By reason of the premises, and as a result of the aforesaid allision, plaintiff has sustained damages, no part of which has been paid, although duly demanded.

11.

Defendants, as owners and/or operators and/or insurers, are responsible for all negligent acts or omissions committed by the T/V LAURIE S. JOHNSTON and/or the unseaworthiness of the T/V LAURIE S. JOHNSTON as set forth herein.

12.

All in singular, the premises are true and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

13.

(1)     Process in due form of law in a cause of admiralty and maritime jurisdiction may issue against T/V LAURIE S. JOHNSTON, her engines, tackle, apparel, etc., *in rem*, and all persons having or claiming any interest in said vessel be cited to appear and answer.

(2)     Process may issue against defendants, ABC protection and indemnity insurance company, and XYZ hull and machinery insurance company, and that they be adjudged liable to plaintiff in the amount of plaintiff's damages, together with interest, attorneys' fees, and costs.

(3)     Plaintiff may have such other and further relief as justice may require.

PD.19018750.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____

Thomas Kent Morrison (#213802)
Meredith W. Blanque (Bar #32346)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: morrisok@phelps.com
        blanquem@phelps.com

ATTORNEYS FOR PLAINTIFF,
ENTERGY LOUISIANA LLC

**PLEASE WITHHOLD *IN REM* SERVICE**

PLEASE SERVE:

SCF WAXLER MARINE LLC
through its agent for service of process:
        NATIONAL REGISTERED AGENTS, INC.
        3867 PLAZA TOWER DR.
        BATON ROUGE, LA 70816

- 5 -

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public in and for the State and Parish aforesaid, personally came and appeared Meredith W. Blanque who, after being duly sworn did depose and say that she is the attorney for the plaintiff, Entergy Louisiana LLC, and she hereby certifies that all facts stated in the complaint are true and correct.

_____

MEREDITH W. BLANQUE

SWORN TO AND SUBSCRIBED

BEFORE ME THIS ___7th___ DAY

OF MARCH, 2016.

_____

NOTARY PUBLIC

My Commission ~~Expires:~~ is for life

**DAVID I. CLAY II**
**NOTARY PUBLIC**
**LA BAR No.33776, ID No.131500**
Parish of Orleans, State of Louisiana
My Commission is issued for Life

- 6 -